IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

Plaintiffs,

v.

WCA LOGISTICS, LLC,
WCA LOGISTICS II, LLC, and
WILLIAM C. CARTER,

Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 16, 2013.**

The Stipulated Motion to Vacate Settlement Conference [filed December 13, 2013; docket #23] is **granted**. The Settlement Conference currently set for January 7, 2014 at 10:00 a.m. is **vacated**.