IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 13-cv-02197-WJM-MEH | Date: February 20, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| BEN GUNN and<br>JENNIFER GUNN, | Charles Welton |
| Plaintiffs, | |
| vs. | |
| WCA LOGISTICS, LLC,<br>WCA LOGISTICS II, LLC, and<br>WILLIAM C. CARTER, | Paul Godec |
| Defendants. | |
| JOHN E. BREEN, Breen Law Offices | *Pro Se* (by telephone) |
| Third Party Defendant/Counter Claimant. | |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** 11:02 p.m.

Court calls case. Appearances of counsel.

Discussion held regarding the background and status of the case.

Argument and discussion held regarding Third Party Defendant, John E. Breen's, Motion to Amend Case Scheduling Order and to Expand Limitations on the Use of Written Discovery (Doc. 30, filed 1/2/14).

**ORDERED:** For reasons stated on the record, Third Party Defendant, John E. Breen's, Motion to Amend Case Scheduling Order and to Expand Limitations on the Use of Written Discovery (Doc. 30, filed 1/2/14) is denied without prejudice to re-file the motion, if necessary, after taking a Rule 30(b)(6) deposition by Mr. Breen.

Discussion held regarding issuing out-of-state subpoenas, revised written discovery, and setting this matter for a Settlement Conference.

**Court in recess:**     **11:27 a.m.**    **(Hearing concluded)**
**Total time in court:**   0:25

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.