IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 28, 2014.**

    The proposed Stipulated Confidentiality Agreement and Protective Order, improperly filed as a "motion" in this case [filed March 27, 2014; docket # 39], is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. First, parties may not simply file a proposed order without a motion seeking relief from the Court. Second, the proposed order contains an insufficient provision concerning challenges to the confidentiality of a document or other information. Thus, the parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.