IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2014.**

    The Unopposed Motion for Leave to Amend Third-Party Complaint [filed June 12, 2014; docket # 50] is **granted**. The Clerk of the Court is directed to file Counterclaim and Amended Third-Party Complaint, which is attached to Plaintiffs' motion as Exhibit 1 [docket #50-1].