IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

## ORDER RE: SANCTIONS

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to this Court's order granting in part Defendants' Motion to Compel [docket #79], counsel for Defendant and Third-party Plaintiffs WCA Logistics, LLC and WCA Logistics II, LLC, (collectively, "WCA") has timely filed an affidavit setting forth a summary of her and her two associates' experience and a description of the services rendered, the amount of time spent, the hourly rate, and the total amount of attorney's fees claimed for WCA's preparation of the motion [docket #86]. Although provided the opportunity to do so, Third-Party Defendant John Breen did not file any objections to the affidavit. The Court finds that Ms. Rodgers' hourly rate ($200.00), Mr.

Godec's hourly rate ($250.00), and Mr. Riley's hourly rate ($200.00) are reasonable and that the total time necessary (10.6 hours) to research and prepare the 7-page motion and 6-page reply brief containing approximately 37 pages of attachments is appropriate.

WHEREFORE, the Court ORDERS that Third-Party Defendant Breen be sanctioned in the amount of $2,160.00, to be paid to counsel for WCA as a reasonable sanction of attorney's fees. This amount shall be paid no later than September 12, 2014. Counsel for Plaintiff shall file a Notice of Compliance with Order re: Sanctions **on or before September 19, 2014**.

Dated at Denver, Colorado this 19th day of August, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge