IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-2197-WJM-MEH | Date:   September 15, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A501** |

| | |
|---|---|
| BEN GUNN ET AL | Charles Welton |
| Plaintiff, | Brian Emeson |
| vs. | |
| WCA LOGISTICS L L C ET AL | Nancy Rodgers |
| | Paul Godec |
| Defendants. | |
| JOHN BREEN | John Breen, *pro se* |
| ThirdParty Defenant | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:   10:06 a.m.**

Court calls case.   Appearance of counsel.

**ORDERED:**

The MOTION to Compel *and Motion for Protective Order* by Plaintiffs Ben Gunn, Jennifer Gunn, Counter Defendants Ben Gunn, Jennifer Gunn [60] is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED THAT** the defendants are to produce the discovery documents by October 6 3, 2014. Plaintiff's expert disclosure deadline is December 19, 2014. Defendant's rebuttal is due by January 20, 2015. Discovery deadline is February 27, 2015. Dispositive Motion deadline is March 23, 2014. Final Pretrial Conference re-set for **May 8, 2015 at 9:45 a.m.**

The MOTION for Costs by ThirdParty Defendant John E. Breen [62] is DENIED.

The First MOTION to Compel *Production of Documents* by ThirdParty Defendant John E. Breen [74] is GRANTED IN PART AND DENIED IN PART.

The MOTION for Leave to *File Cross Claim Against William C. Carter* by ThirdParty Defendant John E. Breen [82] is DENIED.

The MOTION for Leave to *Serve Supplemental Discovery On Defendant WCA et al.* by ThirdParty Defendant John E. Breen [92] is DENIED. In addition, the defendant was granted 3 additional Requests for Production of Documents, 3 additionsl Requests for Admission, and three additional Interrogatories.

The MOTION to Expedite *Responses to Discovery* by ThirdParty Defendant John E. Breen [93] is DENIED AS MOOT.

The MOTION to Quash, OBJECTIONS to Subpoena to Produce Served on the Undersigned, Motion for Protective Order, Motion to Quash by Plaintiffs Ben Gunn, Jennifer Gunn, Counter Defendants Ben Gunn, Jennifer Gunn [57] is GRANTED IN PART AND DENIED IN PART.

Oral. Argument was heard regarding the renewed MOTION to Dismiss WCA's Amended Third Party Complaint by ThirdParty Defendant John E. Breen [66] in the event that the motion is referred to the Magistrate Judge.

**Court in recess: 12:48 p.m.**
**Hearing concluded.**
**Total time in court: 2 hours 32 minutes**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.