IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02197-WJM-MEH | Date: | January 30, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

BEN GUNN ET AL                                              Charles Welton

   Plaintiffs/Counter Defendants,

v.

WCA LOGISTICS, LLC ET AL                          Paul Godec

   Defendants/Counter Claimants/Cross Defendants/
   ThirdParty Plaintiff

v.

JOHN BREEN

   ThirdParty Defendant/Counter Claimant/Cross
   Claimant

## COURTROOM MINUTES
## MOTION HEARING

**1:37 p.m.**      **Court in session.**

Court calls case. Appearances of counsel. John Breen did not appear.

**ORDERED**:   Following oral argument, the [128] Motion for Protective Order Relating to the Notice of Deposition of Plaintiffs' Counsel by Plaintiffs is DENIED. The depositions will proceed as scheduled.

**2:09 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00:32

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.