IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 7, 2015**.

    For good cause shown, Plaintiffs' Motion for a Stay of Certain Proceedings and Rescheduling Deadlines to Accommodate the Stay [filed April 6, 2015; docket #163] is **granted in part and denied in part**. The Court will impose a temporary stay of the proceedings (except for the April 17, 2015, hearing that will proceed as scheduled) until **June 10, 2015, at 10:15 a.m.** at which time the Court will hold a Status Conference to discuss rescheduling all remaining discovery deadlines. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five business days prior to the date of the conference.

    In light of this order, the Final Pretrial Conference currently scheduled for May 8, 2015, is **vacated**, and will be rescheduled at the Status Conference.

    Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).