IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:13-cv-02197-WJM-MEH | Date: | April 17, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                    *Counsel:*

BEN GUNN ET AL                                                         Charles Welton

    Plaintiffs,

v.

WCA LOGISTICS, LLC. ET AL                              Nancy Rodgers
                                                                                        Paul Godec

    Defendant,

v.

JOHN BREEN                                                                  John Breen

    Counter Claimant.

**COURTROOM MINUTES**
**MOTION HEARING**

**10:30 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:     [145] MOTION for Ruling *Regarding Application of Confidentiality Agreement and Protective Order* is GRANTED IN PART AND DENIED IN PART. The records are considered confidential; however, Mr. Breen is granted leave to revisit this issue with the Court if necessary.

**11:24 a.m.**     **Court in recess.**    Hearing concluded.
Total in-court time     00:54

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.