IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2015**.

    Third Party [Defendant-Counterclaimant's] Motion to be Excused from Attendance at Oral Argument Regarding WCA's Motion to Compel Supplemental Responses [filed July 14, 2015; docket #184] is **granted**. Mr. Breen may appear at the hearing by calling my chambers at (303) 844-4507 at the appointed time.