IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:13-cv-02197-WJM-MEH | Date: | July 22, 2015 |
| Courtroom Deputy: | | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| BEN GUNN ET AL | Charles Welton |
| Plaintiffs, | |
| v. | |
| WCA LOGISTICS, LLC ET AL | Paul Godec |
| Defendant. | |
| JOHN E. BREEN | Pro se |
| Third Party Defendant/Counter Claimant | |

### COURTROOM MINUTES
### MOTION HEARING

**1:03 p.m.     Court in session.**

Court calls case.  Appearances of counsel. John Breen appeared by telephone.

**ORDERED**:

[177] MOTION to Compel *Disclosure of Documents* by Defendants is GRANTED.

[180] MOTION to Compel *Supplemental Discovery Responses From John Breen* by Defendants is GRANTED IN PART AND DENIED IN PART.  Mr. Breen is to produce all requested documents to the chambers of Magistrate Judge Hegarty on or before July 29, 2015 for an *in camera* review.

Dispositive motion deadline is set for August 17, 2015.

**2:05 p.m.     Court in recess.**   Hearing concluded.
Total in-court time    01:02

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.