IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2015**.

    Third Party Defendant John E. Breen's Motion to Compel Defendant WCA to Cooperate or Stipulate [filed July 29, 2015; docket #197] is **denied**. Mr. Breen fails to clarify under which portion of Fed. R. Civ. P. 37 he brings his Motion. Regardless, the Court finds it clear that WCA has propounded one expert report, which is that dated July 16, 2015 and appended to Mr. Breen's motion at docket #197-1.