IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02197-WJM-MEH

BEN GUNN, and
JENNIFER GUNN,

    Plaintiffs,

v.

WCA LOGISTICS, LLC, and
WCA LOGISTICS II, LLC,

    Defendants/Third-Party Plaintiffs,

WILLIAM C. CARTER,

    Defendant,

v.

JOHN E. BREEN,

    Third-Party Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 22, 2015**.

Defendants' Unopposed Motion to Stay Dispositive Motions Deadline [filed September 21, 2015; docket #227] is **granted in part** and **denied in part**.

While Defendants have provided good cause for the extension, the request to extend the dispositive motions deadline "to 21 days after the Tenth Circuit's resolution of Mr. Breen's Petition for Writ of Mandamus, or 21 days after Defendants obtain copies of the 28 email communications between Mr. Breen and Mr. Welton" [Motion, docket #227 at 4] lacks specificity to a determined date. As the Scheduling Order presents a date certain for dispositive motions deadlines (*see* docket #25), proposed deadlines must also provide a date certain.

Therefore, the Court **denies** the Motion to extend the dispositive motions deadline to dates uncertain, but **grants** an extension of the dispositive motions deadline until **November 30, 2015**.

Additionally, the Final Pretrial Conference set for December 14, 2015, at 9:45 a.m., is **vacated and rescheduled** for **February 29, 2016,** at **10:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at http://www.cod.uscourts.gov/Forms.aspx. Instructions for downloading in richtext format are posted in the forms section of the website.**

All out-of-state counsel shall comply with D.C. Colo. LAttyR 3 prior to the pretrial conference.

The parties are further advised that they shall not assume that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).